

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
|     *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. _____ |
| MINEKEY, INC.;<br>DELIP ANDRA; and<br>INTERNET UNLIMITED, LLC | § § § § § | 3-08CV0163-P |
|     *Defendants*. | § | |

### MINEKEY, INC. AND DELIP ANDRA'S
### CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 3.1(f), the undersigned certifies that the following persons are financially interested in the outcome of this case:

1.     i.think inc.;

2.     Minekey, Inc.;

3.     Delip Andra; and

4.     Internet Unlimited, LLC

Dated: 2/1, 2008

*[signature: Craig Weinlein]*

**Craig W. Weinlein**
  State Bar No. 21095500
**Barry R. Bell**
  State Bar No. 02068550
**Omar Kilany**
  State Bar No. 24026974
**CARRINGTON, COLEMAN, SLOMAN &**
  **BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone:   (214) 855-3000
Facsimile:    (214) 855-1333

*Attorneys for Defendants Minekey, Inc.*
*and Delip Andra*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record in the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on this 1st day of February, 2008.

*[signature: Craig Weinlein]*