UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 3-08CV0163-P |
| MINEKEY, INC.; DELIP ANDRA; and INTERNET UNLIMITED, LLC | § § § § § | |
| *Defendants.* | § | |

### DEFENDANT DELIP ANDRA'S APPENDIX TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND BRIEF IN SUPPORT THEREOF

Tab 1: Declaration of Delip Andra

Respectfully Submitted,

*/s/ Craig W. Weinlein*
**Craig W. Weinlein**
  State Bar No. 21095500
**Barry R. Bell**
  State Bar No. 02068550
**Prescott Smith**
  State Bar No. 24013534
CARRINGTON, COLEMAN, SLOMAN &
  BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 855-1333

*Attorneys for Defendants Minekey, Inc. and Delip Andra*

Dockets.Justia.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record in the above cause in accordance with Rule 5, Federal Rules of Civil Procedure and Local Rule 5.1(d) on this 12th day of February, 2008.

                                                */s/ Craig W. Weinlein*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08CV0163-P |
| | § | |
| MINEKEY, INC.; | § | |
| DELIP ANDRA; and | § | |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF DELIP ANDRA

1. I, Delip Andra, hereby declare as follows:

2. My name is Delip Andra. I am a permanent resident of the United States domiciled in California. I am the founder and CEO of Minekey, Inc. ("Minekey). I am over the age of twenty-one and competent to make this Declaration, and I have personal knowledge of the matters of fact stated herein.

3. I have never been a resident of Texas.

4. I have never attended school in Texas.

5. I have never been employed in Texas.

6. I have never engaged in business in Texas.

7. I have never owned any real property in Texas.

8. I have never owned any personal property in Texas.

9. I have never leased any real property in Texas.

10. I have never leased any personal property in Texas.

11. I have never maintained a bank account in Texas.

12. I have never maintained an office, address, directory listing, answering service, or telephone number in Texas.

13. I have never paid any taxes to the State of Texas.

14. I have never maintained a place of business, an office, or other facilities in Texas.

15. I did not purchase, acquire, lease, or use the domains "ithink.com" or "ithink.net" in my personal capacity.

16. With the exception of this lawsuit, I have never been a defendant in a lawsuit filed in a state or federal court in Texas. I have never been a plaintiff in a lawsuit filed in a state or federal court in Texas.

17. I have no business or personal reason to travel to, or be in, Texas. Any travel to Texas in connection with this lawsuit would be a significant inconvenience and burden to me, and it would be unfair to subject me to the possibility of a trial in Texas due to my absence of contacts with the State of Texas.

18. I have been personally present in the state of Texas only twice, once when I visited friends in Houston, Texas and the second time when I visited friends in Dallas, Texas. Both trips occurred more than 5 years ago.

I declare under penalty of perjury the foregoing is true and correct.

Executed on _Feb 11_, 2008, at _Sunnyvale_, California.

_____
Delip Andra