UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC; | § | |
| DELIP ANDRA; and | § | ECF |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1446, Plaintiff i.think inc. files this Motion to Remand, which is more fully described in the brief accompanying this motion.

In support of this motion to remand, Plaintiff files with this motion its Brief in Support of Plaintiff's Motion to Remand, Appendix in Support of Plaintiff's Motion to Remand, and Compendium of Unreported Cases in Support of Plaintiff's Motion to Remand.

Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Remand.

Dated: February 13, 2008

Respectfully submitted,

PATTON BOGGS LLP

_/s/ Talcott J. Franklin_
Joseph M. Cox
State Bar No. 04950200
Talcott J. Franklin
Texas Bar No. 24010629
Lawrence R. Youst
State Bar No. 00794898
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

ATTORNEYS FOR PLAINTIFF i.think inc.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on February 12, 2008 he spoke to Craig Weinlein, counsel for Defendants Minekey and Andra, regarding the substance of this motion and Defendants are opposed.

_/s/ Joseph M. Cox_
Joseph M. Cox

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D), today, February 13, 2008.

Craig W. Weinlein
Barry R. Bell
Omar Kilany
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 (telephone)
(214) 855-1333 (facsimile)

*/s/ Talcott J. Franklin*
Talcott J. Franklin
