IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think.inc. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case 3-08CV0163-P |
| | § | |
| MINEKEY, INC., | § | |
| DELIP ANDRA, and | § | |
| INTERNET UNLIMITED, LLC | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants | § | |

### DEFENDANT INTERNET UNLIMITED'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED

COMES NOW, INTERNET UNLIMITED, LLC and files this Motion to Dismiss For Failure To State A Claim For Which Relief Can Be Granted and respectfully shows:

#### SUMMARY OF GROUNDS FOR MOTION

1. This motion asks that this case be dismissed because Internet Unlimited is cited in only one count (III) of Plaintiff's complaint. That count, entitled "Breach of Contract" fails to state a claim for which relief can be granted because it fails to allege at least two elements of a breach of contract claim against Internet Unlimited.

2. The elements of a breach of contract claim in Texas are set forth at the beginning of the Brief in support of this motion.

For the reasons cited in this Motion and the Supporting Brief, Internet Unlimited, requests that Plaintiff's Complaint against Internet Unlimited be dismissed under Rule 12(b)(6), FED. R. CIV. P.

Respectfully submitted,

_____
By: David S. O'Neil
Attorney-in-Charge
O'NEIL & MCCONNELL, PLLC
Texas Bar No. 15284715
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

ATTORNEYS FOR DEFENDANT
INTERNET UNLIMITED, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the below listed party by ECF on March 13, 2008:

| | |
|---|---|
| Mr. Joseph M. Cox | Mr. Craig W. Weinlein |
| Texas State Bar No. 04950200 | Texas State Bar No. 21095500 |
| Mr. Talcott J. Franklin | Mr. Berry R. Bell |
| Texas State Bar No. 24010629 | Texas State Bar No. 02068550 |
| Mr. Lawrence R. Youst | Mr. Omar Kilany |
| Texas State Bar No. 00794898 | Texas State Bar No. 024026974 |
| 2001 Ross Avenue | Carrington, Coleman, |
| Suite 3000 | Sloman & Blumenthal, LLP |
| Dallas, Texas 75201 | 901 Main Street |
| | Dallas, Texas 75202 |

David S. O'Neil