IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think.inc. | § § | |
| Plaintiff | § § | |
| v. | § § | Case 3-08CV0163-P |
| MINEKEY, INC., DELIP ANDRA, and INTERNET UNLIMITED, LLC | § § § § | JURY TRIAL DEMANDED |
| Defendants | § § | |

DEFENDANT INTERNET UNLIMITED'S UNOPPOSED MOTION
FOR LEAVE TO DISPENSE WITH LOCAL COUNSEL REQUIREMNT

COMES NOW, INTERNET UNLIMITED, LLC and files this Unopposed Motion For Leave to Dispense with Local Counsel Requirement and respectfully shows:

1. David O'Neil, Attorney-In-Charge for Defendant Internet Unlimited was first admitted to practice law in the State of Texas on May 21, 1982. Mr. O'Neil was first admitted to the bar of the Southern District of Texas on or before May 30, 1986. He was first admitted to the bar of this court on July 8, 1993. Mr. O'Neil has been constantly licensed to practice law in the State of Texas for over 25 years and no disciplinary or legal malpractice action of any kind has ever been brought against Mr. O'Neil.

2. Mr. O'Neil has familiarized himself with the Local Rules of the Northern District of Texas.

3. The University of Houston's Bates Law Center conferred an LL.M degree in Intellectual Property Law upon Mr. O'Neil on August 13, 2005.

4. Mr. O'Neil resides 35 miles north of Houston, approximately 200 miles from this Honorable Court. Barring conflicts, he can appear in this Court upon one day's notice.

5. Dispensing with the requirement of local counsel would avoid duplication of effort and spare Internet Unlimited unnecessary expense.

## P<span style="font-variant:small-caps">rayer</span>

For the reasons cited, Internet Limited respectfully prays that the Court allow it to proceed without designating local counsel.

Respectfully submitted,

_____
By: David S. O'Neil
Attorney-in-Charge
O'NEIL & MCCONNELL, PLLC
Texas Bar No. 15284715
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

ATTORNEYS FOR DEFENDANT
INTERNET UNLIMITED, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2008 I conferred with Joseph Cox, counsel for Plaintiff, and Barry Bell, counsel for Defendant, and both indicated that they did not oppose this motion.

David S. O'Neil

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the below listed party by ECF on March 13, 2008:

| | |
|---|---|
| Mr. Joseph M. Cox | Mr. Craig W. Weinlein |
| Texas State Bar No. 04950200 | Texas State Bar No. 21095500 |
| Mr. Talcott J. Franklin | Mr. Barry R. Bell |
| Texas State Bar No. 24010629 | Texas State Bar No. 02068550 |
| Mr. Lawrence R. Youst | Mr. Omar Kilany |
| Texas State Bar No. 00794898 | Texas State Bar No. 24026974 |
| 2001 Ross Avenue | Carrington, Coleman, |
| Suite 3000 | Sloman & Blumenthal, LLP |
| Dallas, Texas 75201 | 901 Main Street |
| | Dallas, Texas 75202 |

David S. O'Neil