IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think.inc. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case 3-08CV0163-P |
| | § | |
| MINEKEY, INC., | § | |
| DELIP ANDRA, and | § | |
| INTERNET UNLIMITED, LLC | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants | § | |

DEFENDANT INTERNET UNLIMITED'S
CERTIFICATE OF INTERESTED PARTIES

COMES NOW, INTERNET UNLIMITED, LLC and files this Certificate of Interested Parties and respectfully shows:

Pursuant to Local Rules 3.1(f) and 7.4, Internet Unlimited adopts the Certificate of Interested Parties filed by Minekey, Inc. and Delip Andra on February 1, 2008.

Respectfully submitted,

_____
By: David S. O'Neil
Attorney-in-Charge
O'NEIL & MCCONNELL, PLLC
Texas Bar No. 15284715
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

ATTORNEYS FOR DEFENDANT
INTERNET UNLIMITED, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been forwarded to the below listed party by ECF on March 13, 2008:

| | |
|---|---|
| Mr. Joseph M. Cox | Mr. Craig W. Weinlein |
| Texas State Bar No. 04950200 | Texas State Bar No. 21095500 |
| Mr. Talcott J. Franklin | Mr. Berry R. Bell |
| Texas State Bar No. 24010629 | Texas State Bar No. 02068550 |
| Mr. Lawrence R. Youst | Mr. Omar Kilany |
| Texas State Bar No. 00794898 | Texas State Bar No. 024026974 |
| 2001 Ross Avenue | Carrington, Coleman, |
| Suite 3000 | Sloman & Blumenthal, LLP |
| Dallas, Texas 75201 | 901 Main Street |
| | Dallas, Texas 75202 |

David S. O'Neil