IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think.inc. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 3:08-CV-0163-P |
| | § | |
| MINEKEY, INC., | § | |
| DELIP ANDRA, and | § | |
| INTERNET UNLIMITED, LLC | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants | § | |

## ORDER GRANTING LEAVE TO DEFENDANT INTERNET UNLIMITED TO PROCEED WITHOUT LOCAL COUNSEL

Leave is hereby granted to Defendant Internet Unlimited, LLC to proceed without local counsel.

Signed: March 19, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE