UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC; | § | |
| DELIP ANDRA; and | § | ECF |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS**

The Court has considered the Unopposed Motion for Enlargement of Time to Respond to Defendant Internet Unlimited, LLC's Motion to Dismiss for Failure to State a Claim for which Relief Can Be Granted and finds it meritorious. It is therefore,

ORDERED that Plaintiff i.think inc. is granted an enlargement of time until twenty days after this Court issues its order on the pending Motion to Remand.

SIGNED this 1st day of April 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE