UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC; | § | |
| DELIP ANDRA; and | § | ECF |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF I.THINK INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT INTERNET UNLIMITED'S AND DELIP ANDRA'S <u>MOTIONS TO DISMISS</u>**

Plaintiff i.think inc., by and through its undersigned counsel, hereby files this Unopposed Motion for Enlargement of Time to Respond to Defendant Internet Unlimited, LLC's ("IU") and Delip Andra's ("Andra") Motions to Dismiss, stating as follows:

1. The parties are making progress in settlement negotiations and wish to postpone further filings with the Court while these negotiations develop.

2. In the interests of judicial economy, and to provide additional time to explore settlement possibilities, i.think inc. respectfully requests that its deadline to respond to Defendant IU's and Andra's Motions to Dismiss be enlarged twenty days from the previous deadline to June 9, 2008.

3. This enlargement of time is sought prior to i.think inc.'s deadline to respond.  Plaintiff files this motion in good faith and the motion will prejudice neither IU nor Andra, and neither IU nor Andra oppose this motion.

PLAINTIFF I.THINK INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT
INTERNET UNLIMITED'S AND DELIP ANDRA'S MOTIONS TO DISMISS– Page 1
476260

dockets.Justia.com

4. A draft order is attached hereto pursuant to Local Rule 7.1(c).

Dated: May 15, 2008                        Respectfully submitted,

                                           PATTON BOGGS LLP

                                           /s/ Lawrence R. Youst
                                           Joseph M. Cox
                                           State Bar No. 04950200
                                           Talcott J. Franklin
                                           Texas Bar No. 24010629
                                           Lawrence R. Youst
                                           State Bar No. 00794898
                                           Jeffrey T. Prudhomme
                                           State Bar No. 24053696
                                           2001 Ross Avenue, Suite 3000
                                           Dallas, Texas 75201
                                           Telephone: (214) 758-1500
                                           Facsimile: (214) 758-1550

                                           ATTORNEYS FOR PLAINTIFF i.think inc.

# CERTIFICATE OF CONFERENCE

I hereby certify that on May 13, 2008, I, counsel for Plaintiff i.think inc., conferred with David S. O'Neil, counsel for Defendant Internet Unlimited, LLC, who confirmed that he is unopposed to the relief requested herein. Further, on May 14 and 15 2008, Lawrence R. Youst, counsel for Plaintiff i.think inc., conferred with Craig W. Weinlein, counsel for Defendant Delip Andra, who confirmed that he is unopposed to the relief requested herein.

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme

# CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), today, May 15, 2008.

David S. O'Neil
O'NEIL & MCCONNELL, PLLC
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

Craig W. Weinlein
Barry R. Bell
Omar Kilany
Prescott W. Smith
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 (telephone)
(214) 855-1333 (facsimile)

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme