UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC; | § | |
| DELIP ANDRA; and | § | ECF |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF I.THINK INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT INTERNET UNLIMITED'S AND DELIP ANDRA'S <u>MOTIONS TO DISMISS</u>**

Plaintiff i.think inc., by and through its undersigned counsel, hereby files this Unopposed Motion for Enlargement of Time to Respond to Defendant Internet Unlimited, LLC's ("IU") and Delip Andra's ("Andra") Motions to Dismiss, stating as follows:

1.      While the Court has extended Plaintiff's response time before to allow for further settlement negotiations, these settlement negotiations are not complete. The parties are, however, actively continuing discussions and making progress in the settlement negotiations. The parties wish to again postpone further filings with the Court while these negotiations develop.

2.      In the interests of judicial economy, and to provide additional time to explore settlement possibilities, i.think inc. respectfully requests that its deadline to respond to Defendant IU's and Andra's Motions to Dismiss be enlarged twenty days from the previous deadline to June 30, 2008.

Dockets.Justia.com

3.      This enlargement of time is sought prior to i.think inc.'s deadline to respond.  Plaintiff

files this motion in good faith and the motion will prejudice neither IU nor Andra, and

neither IU nor Andra oppose this motion.

4.      A draft order is attached hereto pursuant to Local Rule 7.1(c).


Dated: June 4, 2008                              Respectfully submitted,

                                                 PATTON BOGGS LLP

                                                 /s/ Lawrence R. Youst
                                                 Joseph M. Cox
                                                 State Bar No. 04950200
                                                 Talcott J. Franklin
                                                 Texas Bar No. 24010629
                                                 Lawrence R. Youst
                                                 State Bar No. 00794898
                                                 Jeffrey T. Prudhomme
                                                 State Bar No. 24053696
                                                 2001 Ross Avenue, Suite 3000
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 758-1500
                                                 Facsimile: (214) 758-1550

                                                 ATTORNEYS FOR PLAINTIFF i.think inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 4, 2008, I, counsel for Plaintiff i.think inc., conferred with both Craig W. Weinlein, counsel for Defendant Delip Andra, and David S. O'Neil, counsel for Defendant Internet Unlimited, LLC, who confirmed that each is unopposed to the relief requested herein.

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), today, June 4, 2008.

David S. O'Neil
O'NEIL & MCCONNELL, PLLC
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

Craig W. Weinlein
Barry R. Bell
Omar Kilany
Prescott W. Smith
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 (telephone)
(214) 855-1333 (facsimile)

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme