UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC; | § | |
| DELIP ANDRA; and | § | ECF |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO DISMISS

The Court has considered the Unopposed Motion for Enlargement of Time to Respond to Defendant Internet Unlimited, LLC's and Delip Andra's Motions to Dismiss and finds it meritorious. It is therefore,

ORDERED that Plaintiff i.think inc. is granted an enlargement of time to respond to both Motions to Dismiss until June 30, 2008.

SIGNED this 9th day of June, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING UNOPPOSED MOTION** – Solo Page
476262