UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3-08-CV-0163-P |
| MINEKEY, INC.; DELIP ANDRA; and INTERNET UNLIMITED, LLC | § § § § § | ECF |
| *Defendants.* | § | |

**PLAINTIFF I.THINK INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT DELIP ANDRA'S MOTION TO DISMISS**

Plaintiff i.think inc., by and through its undersigned counsel, hereby files this Unopposed Motion for Enlargement of Time to Respond to Defendant Delip Andra's ("Andra") Motion to Dismiss, stating as follows:

1. While the Court has previously extended Plaintiff's response time to allow for further settlement negotiations, and the parties had hoped to avoid further extensions, there were unforeseen delays in the settlement negotiations. The parties are, however, actively and earnestly attempting a speedy resolution to this conflict. Specifically, the parties will conduct a face-to-face meeting in Dallas this Wednesday, July 2, 2008 and, if necessary, Thursday, July 3, 2008. The parties wish to postpone further filings with the Court while these negotiations are conducted.

2. In the interests of judicial economy, and to provide the necessary time to conduct the aforementioned settlement negotiations, i.think inc. respectfully requests that its deadline

PLAINTIFF I.THINK INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT DELIP ANDRA'S MOTION TO DISMISS– Page 1
482098

Dockets.Justia.com

to respond to Defendant Andra's Motion to Dismiss be enlarged and extended to July 11, 2008.

3. This enlargement of time is sought prior to i.think inc.'s deadline to respond. Plaintiff files this motion in good faith, the motion will not prejudice Andra, and Andra does not oppose this motion.

4. A draft order is attached hereto pursuant to Local Rule 7.1(c).

Dated: June 30, 2008

Respectfully submitted,

PATTON BOGGS LLP

/s/ Lawrence R. Youst
Joseph M. Cox
State Bar No. 04950200
Talcott J. Franklin
Texas Bar No. 24010629
Lawrence R. Youst
State Bar No. 00794898
Jeffrey T. Prudhomme
State Bar No. 24053696
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

ATTORNEYS FOR PLAINTIFF i.think inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 30, 2008, I, counsel for Plaintiff i.think inc., conferred with Craig W. Weinlein, counsel for Defendant Delip Andra, who confirmed that Defendant Andra is unopposed to the relief requested herein.

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), today, June 30, 2008.

David S. O'Neil
O'NEIL & MCCONNELL, PLLC
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

Craig W. Weinlein
Barry R. Bell
Omar Kilany
Prescott W. Smith
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 (telephone)
(214) 855-1333 (facsimile)

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme