UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC. and | § | |
| DELIP ANDRA | § | ECF |
| | § | |
| | § | |
| *Defendants.* | § | |

### NOTICE OF DISMISSAL

Plaintiff i.think inc. files this Notice of Dismissal and states as follows:

On January 30, 2008, Plaintiff i.think inc. filed Plaintiff's Original Petition and Application for Temporary and Permanent Restraining Order in *i.think inc. v. Minekey, Inc., Delip Andra and Internet Unlimited*, Cause No. 08-01055, in the 160th Judicial District Court, Dallas County, Texas. Defendants Minekey and Delip Andra subsequently removed the case to this Court on February 1, 2008 as Civil Action No. 3-08CV04163-P.

Defendant Internet Unlimited, LLC was served with the petition, but has served neither an answer nor a motion for summary judgment.

Therefore, Plaintiff files this written notice of its voluntarily dismissal of Internet Unlimited, LLC as a party to this case under Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice to refiling the same.

Respectfully submitted,

/s/ Lawrence R. Youst
Lawrence R. Youst
State Bar No. 00794898
Joseph M. Cox
State Bar No. 04950200
Talcott J. Franklin
Texas Bar No. 24010629
Jeffrey T. Prudhomme
Texas Bar No. 24053696
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

ATTORNEYS FOR PLAINTIFF
i.think inc.

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), today, June 30, 2008.

David S. O'Neil
O'NEIL & McCONNELL, PLLC
9001 Forest Crossing Drive, Suite F
The Woodlands, Texas 77381
Telephone: (281) 639-7073
Facsimile: (281) 296-9393
Email: dave@dsoneil.com

Craig W. Weinlein
Barry R. Bell
Omar Kilany
Prescott W. Smith
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 (telephone)
(214) 855-1333 (facsimile)

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme