UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC.; | § | |
| DELIP ANDRA; and | § | ECF |
| INTERNET UNLIMITED, LLC | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS

The Court has considered the Unopposed Motion for Enlargement of Time to Respond to Defendant Delip Andra's Motion to Dismiss and finds it meritorious. It is therefore,

ORDERED that Plaintiff i.think inc. is granted an enlargement of time to respond to Defendant Delip Andra's Motion to Dismiss until July 11, 2008.

SIGNED this 1st day of July, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE