UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| i.think inc., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §    CIVIL ACTION NO. 3-08-CV-0163-P |
| | § |
| MINEKEY, INC. and | § |
| DELIP ANDRA | §    ECF |
| | § |
| | § |
| *Defendants*. | § |

### ORDER ON NOTICE OF DISMISSAL

THIS MATTER having come before the Court upon Plaintiff's Notice of Dismissal,

IT IS HEREBY ORDERED that:

    Internet Unlimited, LLC, and only Internet Unlimited, LLC, is dismissed without prejudice from the above-captioned case.

SIGNED on July 1, 2008.

                                      _____
                                       JORGE A. SOLIS
                                       UNITED STATES DISTRICT JUDGE

482217