UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-0163-P |
| | § | |
| MINEKEY, INC. and | § | |
| DELIP ANDRA, | § | ECF |
| | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The Court has considered Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and finds it meritorious.

IT IS THEREFORE ORDERED that:

1. Plaintiff i.think inc. is granted leave to file an Amended Complaint.

2. The caption of this matter, 3-08-CV-0163-P, will be amended to reflect the change in parties as displayed on this Order.

SIGNED this 2nd day of July 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE