UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3-08-CV-0163-P |
| MINEKEY, INC. and DELIP ANDRA, | § § § § | ECF |
| *Defendants*. | § § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT DELIP ANDRA'S MOTION TO DISMISS**

Plaintiff i.think inc. ("ITI") files Plaintiffs' Response in Opposition to Defendant Delip Andra's Motion to Dismiss for Lack of Personal Jurisdiction and states as follows:

ITI voluntarily dismissed Defendant Delip Andra by Notice of Dismissal on July 10, 2008. Because Delip Andra is no longer a party to this action and because the Motion to Dismiss pertained to only Delip Andra, the Motion should be denied as moot.

Plaintiff therefore respectfully requests that the Court deny Defendant Delip Andra's motion.

483322

Respectfully submitted,

PATTON BOGGS LLP

/s/ Lawrence R. Youst
Lawrence R. Youst
State Bar No. 00794898
Joseph M. Cox
State Bar No. 04950200
Talcott J. Franklin
Texas Bar No. 24010629
Jeffrey T. Prudhomme
State Bar No. 24053696
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

ATTORNEYS FOR PLAINTIFF i.think inc.

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was served upon all counsel of record by notice of electronic filing, pursuant to Fed. R. Civ. P. 5(b)(2)(E), today, July 10, 2008.

Craig W. Weinlein
Barry R. Bell
Omar Kilany
Prescott W. Smith
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 (telephone)
(214) 855-1333 (facsimile)

/s/ Jeffrey T. Prudhomme
Jeffrey T. Prudhomme

483322