UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC. | § | ECF |
| | § | |
| | § | |
| *Defendant.* | § | |

# ORDER ON NOTICE OF DISMISSAL

THIS MATTER having come before the Court upon Plaintiff's Notice of Dismissal,

IT IS HEREBY ORDERED that:

1. Delip Andra, and only Delip Andra, is dismissed without prejudice from this action, Civil Action No. 3-08-CV-0163-P.

2. The caption of this matter, 3-08-CV-0163-P, will be amended to reflect the change in parties as displayed on this Order.

SIGNED on July 10, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

483276