# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| i.think inc., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-08-CV-0163-P |
| | § | |
| MINEKEY, INC. | § | ECF |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ON STIPULATION OF DISMISSAL

THIS MATTER having come before the Court upon the parties' Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above-styled action, Civil Action No. 3-08-CV-0163-P, is

DISMISSED WITH PREJUDICE.

SIGNED on October 17, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

490384

Dockets.Justia.com